IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TRAVIS EDWARD GROSS,** | * |
| **# 13729-003,** | * |
| | * |
| Petitioner, | * CRIMINAL NO. 13-00268-WS-B |
| | * CIVIL ACTION NO. 17-00442-WS-B |
| vs. | * |
| | * |
| **UNITED STATES OF AMERICA,** | * |
| | * |
| Respondent. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 22, 2020 (Doc. 219) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Travis Edward Gross's pending Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 165) be terminated, and that this § 2255 action be **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**DONE** this 12th day of November **2020.**

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TRAVIS EDWARD GROSS,** <br> **# 13729-003,** <br>     Petitioner, <br><br> vs. <br><br> **UNITED STATES OF AMERICA,** <br><br>     Respondent. | * <br> * <br> * <br> * **CRIMINAL NO. 13-00268-WS-B** <br> * **CIVIL ACTION NO. 17-00442-WS-B** <br> * <br> * <br> * <br> * <br> * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 22, 2020 (Doc. 219) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Travis Edward Gross's pending Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 165) be terminated, and that this § 2255 action be **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

    **DONE** this \_\_\_\_\_ day of _____, **2020**.

_____
**UNITED STATES DISTRICT JUDGE**

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

**TRAVIS EDWARD GROSS,**            \*
**# 13729-003,**                    \*
                                    \*
    Petitioner,   \* CRIMINAL NO. 13-00268-WS-B
                                    \* CIVIL ACTION NO. 17-00442-WS-B
**vs.**                             \*
                                    \*
**UNITED STATES OF AMERICA,**       \*
                                    \*
    Respondent.  \*

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner Travis Edward Gross's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 165) be **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**DONE** this \_\_\_\_\_ of _____, **2020**.

                                  _____
                                  **UNITED STATES DISTRICT JUDGE**